No. 71–5762. SHARROW *v.* BROWN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.